389 A.2d 691

Commonwealth, Appellant, v. Dressler.

Argued March 14, 1978.
Lester H. Zimmerman, Jr., District Attorney, for Commonwealth, appellant; William R. Bunt, for appellee.

Order affirmed.

HESTER, J., dissented.

389 A.2d 692

Commonwealth v. Ellis, Appellant.

Argued March 14, 1978.
Morrison B. Williams, with him Rudisill, Guthrie & Williams, for appellant; N. Christopher Menges, Assistant District Attorney, and John C. Uhler, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.